[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 27, 2009
THOMAS K. KAHN
CLERK

_____

Nos. 07-10640 and 08-12923

_____

D. C. Docket No. 01-10055-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS PEREIRA, SR.,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(April 27, 2009)

Before BIRCH, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Luis Pereira, Sr. appeals his drug convictions, sentence, and the district

court's reconstruction of the record from December 16, 2005. The trial transcript

from that day (the day that Pereira presented his case-in-chief), is missing.  Pereira

argues that the district court's reconstruction is insufficient to afford meaningful

appellate review.  He also challenges some of the district court's evidentiary

rulings, its modification of the pattern jury instructions, and the reasonableness of

his sentence.

After reviewing the record, reading the parties' briefs, and having the benefit

of oral argument, we find no reversible error.  Therefore, we affirm Pereira's

convictions and sentence.

AFFIRMED.